# EXHIBIT 11

| APPENDIX B (corresponding with Exhibit 10) | | | |
|---|---|---|---|
| Disbursements from Make America Great Again, Inc. to Advancing Strategies LLC (2022) | | | |
| Spender | Recipient | Disbursement Date | Amount |
| Make America Great Again Inc. | Advancing Strategies, LLC | 10/6/2022 | $10,000.00 |
| Make America Great Again Inc. | Advancing Strategies, LLC | 10/26/2022 | $930,000.00 |
| Make America Great Again Inc. | Advancing Strategies, LLC | 10/26/2022 | $16,020.00 |
| Make America Great Again Inc. | Advancing Strategies, LLC | 11/7/2022 | $6,897.96 |
| | | **TOTAL:** | **$962,917.96** |