# EXHIBIT 12



An official website of the United States Government 

# Federal Election Commission
## UNITED STATES —of— AMERICA

Home [/] › Campaign finance data › Browse data › Disbursements

# Disbursements

Viewing **50** filtered results for:  Clear all filters

Data type: processed | "Advancing Strategies" | 2023-2024

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 01/03/2023 | $49,155.62 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 02/01/2023 | $38,896.65 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 03/10/2023 | $34,810.27 |

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 04/05/2023 | $57,351.85 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 05/10/2023 | $43,610.98 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 06/05/2023 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | ONLINE ADVERTISING | 06/08/2023 | $106,500.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 06/16/2023 | $22,102.68 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 07/05/2023 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES | 07/07/2023 | $189,950.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 08/02/2023 | $39,365.98 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES | 08/08/2023 | $82,535.00 |

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL PRINTING & POSTAGE | 08/18/2023 | $23,741.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES | 08/30/2023 | $47,826.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 08/31/2023 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 10/03/2023 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES & POSTAGE | 10/10/2023 | $43,774.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES & POSTAGE | 10/12/2023 | $79,500.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 11/01/2023 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES | 11/17/2023 | $23,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | DIRECT MAIL SERVICES | 12/15/2023 | $509,558.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 12/22/2023 | $34,039.25 |

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 01/02/2024 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | VIDEO PRODUCTION SERVICES & POLITICAL STRATEGY CONSULTING | 01/05/2024 | $484,411.72 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | PLACED MEDIA | 01/18/2024 | $175,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 01/31/2024 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 02/20/2024 | $25,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | PLACED MEDIA | 02/20/2024 | $534,717.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 03/05/2024 | $30,439.10 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 03/05/2024 | $25,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 04/12/2024 | $180,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 04/25/2024 | $8,666.67 |

| Spender | Recipient | State | Description | Disbursement date | Amount |
| --- | --- | --- | --- | --- | --- |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 04/26/2024 | $30,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 05/13/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING & TRAVEL EXPENSES | 05/20/2024 | $31,008.08 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 06/03/2024 | $30,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 06/12/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 07/01/2024 | $30,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 07/24/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 08/01/2024 | $30,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 08/07/2024 | $20,000.00 |

| Spender | Recipient | State | Description | Disbursement date | Amount |
|---|---|---|---|---|---|
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 09/04/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 09/04/2024 | $30,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 10/07/2024 | $30,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 10/09/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 11/07/2024 | $30,000.00 |
| TRUMP 47 COMMITTEE, INC. | ADVANCING STRATEGIES, LLC | VA | FUNDRAISING CONSULTING | 11/13/2024 | $150,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 11/15/2024 | $20,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | ADVANCING STRATEGIES LLC | VA | MANAGEMENT CONSULTING | 12/04/2024 | $20,000.00 |
| NEVER SURRENDER, INC. | ADVANCING STRATEGIES, LLC | VA | POLITICAL STRATEGY CONSULTING | 12/05/2024 | $30,000.00 |

Results per page: 50