# EXHIBIT 13

| APPENDIX C (corresponding with Exhibit 12) | | | |
|---|---|---|---|
| **Disbursements from Never Surrender Inc. (pka Donald J. Trump for President 2024, Inc.) and the Republican National Committee to Advancing Strategies LLC (2023-10/15/2024)** | | | |
| Spender | Recipient | Disbursement Date | Amount |
| Never Surrender, Inc. | Advancing Strategies, LLC | 1/3/2023 | $49,155.62 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 2/1/2023 | $38,896.65 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 3/10/2023 | $34,810.27 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 4/5/2023 | $57,351.85 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 5/10/2023 | $43,610.98 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 6/5/2023 | $30,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 6/8/2023 | $106,500.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 6/16/2023 | $22,102.68 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 7/5/2023 | $30,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 7/7/2023 | $189,950.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/2/2023 | $39,365.98 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/8/2023 | $82,535.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/18/2023 | $23,741 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/30/2023 | $47,826 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/31/2023 | $30,000 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 10/3/2023 | $30,000 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 10/10/2023 | $43,774.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 10/12/2023 | $79,500.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 11/1/2023 | $30,000.00 |

| | | | |
|---|---|---|---|
| Never Surrender, Inc. | Advancing Strategies, LLC | 11/17/2023 | $23,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 12/15/2023 | $509,558.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 12/22/2023 | $34,039.25 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 1/2/2024 | $30,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 1/5/2024 | $484,411.72 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 1/18/2024 | $175,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 1/31/2024 | $30,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 2/20/2024 | $25,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 2/20/2024 | $534,717.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 3/5/2024 | $30,439.10 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 3/5/2024 | $25,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 4/12/2024 | $180,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 4/25/2024 | $8,666.67 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 4/26/2024 | $30,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 5/13/2024 | $20,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 5/20/2024 | $31,008.08 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 6/3/2024 | $30,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 6/12/2024 | $20,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 7/1/2024 | $30,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 7/24/2024 | $20,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 8/1/2024 | $30,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 8/7/2024 | $20,000 |

| | | | |
|---|---|---|---|
| Republican National Committee | Advancing Strategies, LLC | 9/4/2024 | $20,000 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 9/4/2024 | $30,000.00 |
| Never Surrender, Inc. | Advancing Strategies, LLC | 10/7/2024 | $30,000.00 |
| Republican National Committee | Advancing Strategies, LLC | 10/9/2024 | $20,000 |
| | | **TOTAL:** | **$3,429,959.85** |