
# NEVER SURRENDER, INC.

**ACTIVE - MONTHLY**

PAC - NONQUALIFIED - LEADERSHIP PAC

ID: C00828541

REGISTRATION DATE: NOVEMBER 15, 2022

## Financial summary

**TWO-YEAR PERIOD**

2023–2024

Financial data for this committee contains funds raised and spent under the former name **DONALD J. TRUMP FOR PRESIDENT 2024, INC.** which, before it was converted, was a principal campaign committee. Before its conversion this committee was authorized by candidate **TRUMP, DONALD J.** [/data/candidate/P80001571].

---

Think this result is a mistake or have questions?

Send us more information in the feedback box or contact us [/contact/].

## Total raised

Browse receipts [/data/receipts/?committee_id=C00828541&two_year_transaction_period=2024]

Coverage dates: 01/01/2023 to 12/31/2024

| | | |
|---|---|---|
| **TOTAL RECEIPTS** | | **$495,853,270.30** |
| **TOTAL CONTRIBUTIONS** | | **$68,914,206.53** |
| | Total individual contributions | $68,570,090.07 |
| | *Itemized individual contributions* | $43,943,019.97 |
| | *Unitemized individual contributions* | $24,627,070.53 |
| | Party committee contributions | $3,000.00 |
| | Other committee contributions | $341,116.46 |
| | Presidential public funds | $0.00 |
| **TRANSFERS FROM AFFILIATED COMMITTEES** | | **$386,611,814.84** |
| **ALL LOANS RECEIVED** | | **$0.00** |
| **LOAN REPAYMENTS RECEIVED** | | **$0.00** |
| **OFFSETS TO OPERATING EXPENDITURES** | | **$14,885,989.73** |
| **CANDIDATE REFUNDS** | | **$0.00** |
| **OTHER RECEIPTS** | | **$25,441,259.20** |
| **TOTAL TRANSFERS** | | **$0.00** |
| | Nonfederal transfers | $0.00 |

| | |
|---|---:|
| Levin funds | $0.00 |
| **TOTAL FEDERAL RECEIPTS** | **$20,981,683.00** |

*Newly filed summary data may not appear for up to 48 hours.*

## Total spent

Browse disbursements  [/data/disbursements/?committee_id=C00828541&two_year_transaction_period=2024]

Coverage dates: 01/01/2023 to 12/31/2024

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$471,501,651.83** |
| **OPERATING EXPENDITURES** | **$463,305,168.03** |
|     Allocated operating expenditures - federal share | $0.00 |
|     Allocated operating expenditures - nonfederal share | $0.00 |
|     Other federal operating expenditures | $300,264.86 |
| **TRANSFERS TO AFFILIATED COMMITTEES** | **$0.00** |
| **CONTRIBUTIONS TO OTHER COMMITTEES** | **$0.00** |
| **INDEPENDENT EXPENDITURES** | **$0.00** |
| **PARTY COORDINATED EXPENDITURES** | **$0.00** |
| **LOANS MADE** | **$0.00** |
| **LOAN REPAYMENTS MADE** | **$0.00** |
| **TOTAL CONTRIBUTION REFUNDS** | **$519,620.52** |
|     Individual refunds | $493,070.52 |
|     Political party refunds | $0.00 |
|     Other committee refunds | $26,550.00 |
| **OTHER DISBURSEMENTS** | **$7,676,863.28** |

| | |
|---|---|
| **TOTAL FEDERAL ELECTION ACTIVITY** | $0.00 |
| Allocated federal election activity - federal share | $0.00 |
| Allocated federal election activity - Levin share | $0.00 |
| Federal election activity - federal only | $0.00 |
| **TOTAL FEDERAL DISBURSEMENTS** | $3,481,857.96 |

*Newly filed summary data may not appear for up to 48 hours.*

## Cash summary

Coverage dates: 01/01/2023 to 12/31/2024

| | |
|---|---|
| **BEGINNING CASH ON HAND** | $3,020,902.11 |
| **ENDING CASH ON HAND** | $27,372,520.58 |
| **DEBTS/LOANS OWED TO COMMITTEE** | $4,681,577.50 |
| **DEBTS/LOANS OWED BY COMMITTEE** | $11,306,642.52 |

*Newly filed summary data may not appear for up to 48 hours.*