IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CHRIS LACIVITA, an individual, and **ADVANCING STRATEGIES, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>THE DAILY BEAST COMPANY, LLC d/b/a/THE DAILY BEAST,<br><br>Defendant. | Case No.: 3:25-cv-227 |

**DECLARATION OF KATHERINE M. BOLGER IN SUPPORT OF DEFENDANT THE DAILY BEAST COMPANY, LLC'S MOTION TO DISMISS**

I, Katherine M. Bolger, declare as follows:

1. I am a partner at Davis Wright Tremaine LLP, counsel to Defendant The Daily Beast Company, LLC ("*The Daily Beast*"), an online news media company that publishes news and analysis at www.thedailybeast.com, as well as a weekly podcast called "The Daily Beast Podcast," which at all relevant times, was co-hosted by Joanna Coles and Samantha Bee.

2. I make this declaration in order to annex exhibits relied upon in *The Daily Beast*'s motion to dismiss in the above-captioned case.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the article published by *The Daily Beast* entitled "Trump In Cash Crisis–As Campaign Chief's LLC's $19.2m Pay Revealed," as published on October 15, 2024 and updated on November 8, 2024, which is

1

available at the URL, https://www.thedailybeast.com/donald-trumps-campaign-manager-chris-lacivitas-multi-million-payday-revealed ("Article 1").

4. Annexed hereto as **Exhibit 2** is a true and correct copy of the article published by *The Daily Beast* entitled "How Trump's Campaign Chief Made Himself a Multi-Millionaire," as published on October 15, 2024 and updated on November 8, 2024, which is available at the URL, https://www.thedailybeast.com/meet-chris-lacivita-the-donald-trump-campaign-manager-who-is-making-millions-win-or-lose/ ("Article 2").

5. Annexed hereto as **Exhibit 3** is a true and correct copy of the article published by *The Daily Beast* entitled "'Sucker' Trump Mocked For Campaign Chief's LLC's Multi-Million Hauls," as published on October 24, 2024 and updated on November 8, 2024, which is available at the URL, https://www.thedailybeast.com/sucker-trump-mocked-for-campaign-chiefs-llcs-multi-million-hauls ("Article 3").

6. Annexed hereto as **Exhibit 4** is a true and correct copy of the article published by *The Daily Beast* entitled "'Trump Campaign Worker Blows Whistle on 'Grift' and Bugging Plot," as published on October 28, 2024 and updated on November 8, 2024, which is available at the URL, https://www.thedailybeast.com/donald-trump-campaign-worker-blows-whistle-on-grift-and-bugging-plot-in-bombshell-email ("Article 4").

7. Annexed hereto as **Exhibit 5** is a true and correct copy of the article published by *The Daily Beast* entitled "Trump Raged at Daily Beast Revelation That Campaign Boss' LLC Got $19.2 Million," as published on November 2, 2024 and updated on November 8, 2024, which is available at the URL, https://www.thedailybeast.com/trump-raged-at-daily-beast-revelation-that-campaign-boss-chris-lacivita ("Article 5").

8. Annexed hereto as **Exhibit 6** is a true and correct copy of a podcast episode published by *The Daily Beast* on October 23, 2024, to be conventionally filed with this Court and served upon counsel of record via first-class mail (the "Podcast Episode").

9. Annexed hereto as **Exhibit 7** is a true and correct copy of a transcript of the relevant portion at issue in this case of the Podcast Episode, 49:02-1:02:51 (filed conventionally as Exhibit 6), prepared at my direction.

10. Annexed hereto as **Exhibit 8** is a true and correct copy of publicly available Federal Election Commission ("FEC") campaign finance data showing independent expenditures from Make America Great Again, Inc. to Advancing Strategies, LLC, which is available at the URL, https://www.fec.gov/data/independent-expenditures/?data_type=processed&most_recent=true&q_spender=C00825851&is_notice=true&payee_name=Advancing+Strategies.

11. Annexed hereto as **Exhibit 9** is a true and correct copy of Appendix A, prepared at my direction and for the Court's convenience, which calculates the total independent expenditures from Make America Great Again, Inc. to Advancing Strategies LLC, corresponding with the campaign finance data contained in Exhibit 8.

12. Annexed hereto as **Exhibit 10** is a true and correct copy of publicly available FEC campaign finance data showing disbursements from Make America Great Again, Inc. to Advancing Strategies LLC between 2021-2022, which is available at the URL, https://www.fec.gov/data/disbursements/?data_type=processed&committee_id=C00825851&recipient_name=Advancing+Strategies&two_year_transaction_period=2022.

13. Annexed hereto as **Exhibit 11** is a true and correct copy of Appendix B, prepared at my direction and for the Court's convenience, which calculates the total disbursements from

Make America Great Again, Inc. to Advancing Strategies LLC between 2021-2022, corresponding with the campaign finance data contained in Exhibit 10.

14. Annexed hereto as **Exhibit 12** is a true and correct copy of publicly available FEC campaign finance data showing all disbursements from Never Surrender, Inc. (previously known as Donald J. Trump for President 2024, Inc.) and the Republican National Committee to Advancing Strategies LLC between 2023-2024, which is available at the URL, https://www.fec.gov/data/disbursements/?data_type=processed&recipient_name=Advancing+Strategies&two_year_transaction_period=2024.

15. Annexed hereto as **Exhibit 13** is a true and correct copy of Appendix C, prepared at my direction and for the Court's convenience, which calculates the total disbursements from Never Surrender, Inc. (previously known as Donald J. Trump for President 2024, Inc.) and the Republican National Committee to Advancing Strategies LLC between 2023-2024, corresponding with the campaign finance data contained in Exhibit 12.

16. Annexed hereto as **Exhibit 14** is a true and correct copy of the publicly available FEC profile of Never Surrender, Inc. (identification no. C00828541), showing that Never Surrender, Inc. was previously known under the name Donald J. Trump for President 2024, Inc, which is available at the URL, https://www.fec.gov/data/committee/C00828541/. This FEC profile states: "Financial data for this committee contains funds raised and spent under the former name DONALD J. TRUMP FOR PRESIDENT 2024, INC. which, before it was converted, was a principal campaign committee. Before its conversion this committee was authorized by candidate TRUMP, DONALD J.."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, 2025

                                              */s/ Katherine M. Bolger*
                                               Katherine M. Bolger