IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CHRIS LACIVITA, an individual, and, ADVANCING STRATEGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE DAILY BEAST COMPANY, LLC d/b/a/THE DAILY BEAST,<br><br>Defendant. | Case No.: 3:25-cv-227 |

**DEFENDANT THE DAILY BEAST COMPANY, LLC'S NOTICE OF CONVENTIONAL FILING OF AUDIOVISUAL EXHIBIT**

Defendant The Daily Beast Company, LLC, by and through undersigned counsel provides notice that it has conventionally filed a USB flash drive with the Court containing the following audiovisual material in support of its Motion to Dismiss: Exhibit 6 to the Declaration of Katherine M. Bolger, which is a true and correct copy of a podcast episode published by *The Daily Beast* on October 23, 2024.

Dated: July 14, 2025

DAVIS WRIGHT TREMAINE LLP
Katherine M. Bolger (*pro hac vice*)
Meenakshi Krishnan (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Phone: (212) 489-8230
katebolger@dwt.com
meenakshikrishnan@dwt.com

Respectfully submitted,

*/s/ John D. McGavin*
MCGAVIN, BOYCE, BARDOT,
THORSEN & KATZ, P.C.
John D. McGavin (VSB 21794)
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Phone: (703) 385-1000
jmcgavin@mbbtklaw.com

*Attorneys for Defendant*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2025, a true and correct copy of the foregoing Notice and Exhibit 6 were served on the Court and all counsel of record via first-class mail.

<u>/s/ John D. McGavin</u>
John D. McGavin