IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CHRIS LACIVITA, an individual and | ) | |
| ADVANCING STRATEGIES, LLC | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| THE DAILY BEAST COMPANY, LLC d/b/a | ) | Case No.: 3:25-cv-00227 |
| THE DAILY BEAST | ) | |
| | ) | |
|     Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION AND REPLY BRIEFS

COME NOW, Plaintiffs, Chris LaCivita and Advancing Strategies, LLC, by Counsel, and in and for their Consent Motion for extension of time to submit their opposition to Defendant's motion to dismiss, filed on July 14, 2025, and for Defendant to submit its reply brief, state as follows:

1.  Defendant, The Daily Beast Company, LLC consents to an extension of time for Plaintiffs to file their opposition to Defendant's Motion on or before August 11, 2025;

2.  Plaintiff, Chris LaCivita consents to an extension of time for Defendant to file its reply on or before August 25, 2025.

WHEREFORE, the foregoing considered, Plaintiffs, by counsel, move this Court to grant this consent motion and enter an order extending the deadline to submit their opposition brief to August 11, 2025, and the deadline for Plaintiff to submit its reply brief to August 25, 2025.

**CHRIS LACIVITA and**
**ADVANCING STRATEGIES, LLC,**
by Counsel

**DHILLON LAW GROUP, INC.**

*/s/ Jonathan Shaw*
Jonathan Shaw (VSB No. 98497)
Lee E. Goodman (VSB No. 31695)
2121 Eisenhower Ave., Suite 608
Alexandria, VA 22314
(703) 637-8754 Phone & Fax
jshaw@dhillonlaw.com
lgoodman@dhillonlaw.com

Mark Geragos (*pro hac vice*)
Tina Glandian (*pro hac vice*)
Setara Qassim (*pro hac vice*)
Geragos & Geragos, APC
644 S. Figueroa Street
Los Angeles, CA 90017
(213) 625-3900 Phone
geragos@geragos.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of July, 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

John D. McGavin (VSB 21794)
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@mbbtklaw.com

Katherine M. Bolger, Esq.
Meenakshi Krishnan, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
katebolger@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendant*
*The Daily Beast, LLC d/b/a The Daily Beast*

                         */s/ Jonathan Shaw*
                         Jonathan Shaw (VSB No. 98497)