IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHRIS LACIVITA, an individual and<br>ADVANCING STRATEGIES, LLC<br><br> Plaintiffs,<br>v.<br><br>THE DAILY BEAST COMPANY, LLC d/b/a<br>THE DAILY BEAST<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:25-cv-00227 |

## CONSENT ORDER FOR EXTENSION OF TIME TO SUBMIT OPPOSITION AND REPLY BRIEFS

THIS MATTER COMES before the Court on the Consent Motion of the parties for an extension of time for Plaintiffs to submit their opposition to Defendant's motion to dismiss filed on July 14, 2025, and for Defendant to file its reply brief, and

IT APPEARING to the Court based upon the representation of counsel that the Motion should be granted, Plaintiffs shall be granted until August 11, 2025 to file their opposition to Defendant's motion to dismiss, and Defendant shall be granted until August 25, 2025 to file its reply.

 ENTERED this _____ day of July, 2025

                    _____
                    Judge Henry E. Hudson