IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHRIS LACIVITA, an individual and<br>ADVANCING STRATEGIES, LLC | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| THE DAILY BEAST COMPANY, LLC d/b/a<br>THE DAILY BEAST | )    Case No.: 3:25-cv-00227<br>)<br>) |
| Defendant. | ) |

## WAIVER OF HEARING

COME NOW, Plaintiffs, Chris LaCivita and Advancing Strategies, LLC, by Counsel, and

advise that they waive a hearing on their Consent Motion for an Extension of Time to Submit

Opposition and Reply Briefs.  Counsel for the Defendant consents to same.


**DHILLON LAW GROUP, INC.**

     */s/ Jonathan Shaw*
Jonathan Shaw (VSB No. 98497)
Lee E. Goodman (VSB No. 31695)
2121 Eisenhower Ave., Suite 608
Alexandria, VA 22314
(703) 637-8754 Phone & Fax
jshaw@dhillonlaw.com
lgoodman@dhillonlaw.com

Mark Geragos (*pro hac vice*)
Tina Glandian (*pro hac vice*)
Setara Qassim (*pro hac vice*)
Geragos & Geragos, APC
644 S. Figueroa Street
Los Angeles, CA 90017
(213) 625-3900 Phone
geragos@geragos.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of July, 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

John D. McGavin (VSB 21794)
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, VA 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@mbbtklaw.com

Katherine M. Bolger, Esq.
Meenakshi Krishnan, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
katebolger@dwt.com
meenakshikrishnan@dwt.com

*Counsel for Defendant*
*The Daily Beast, LLC d/b/a The Daily Beast*

         */s/ Jonathan Shaw*
        Jonathan Shaw (VSB No. 98497)