IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| CHRIS LACIVITA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:25-cv-227–HEH |
| ) | |
| THE DAILY BEAST COMPANY, LLC, ) | |
| d/b/a THE DAILY BEAST, ) | |
| ) | |
| Defendant. ) | |

## ORDER
### (Granting Motion for Extension of Time)

THIS MATTER is before the Court on the parties' Consent Motion for Extension of Time to Submit Opposition and Reply Briefs (the "Motion," ECF No. 25), filed on July 17, 2025. The parties request that Plaintiff Chris LaCivita, an individual and Advancing Strategies, LLC (collectively, "Plaintiffs") have until August 11, 2025, to file their opposition to Defendant The Daily Beast Company, LLC's ("Defendant") Motion to Dismiss. In addition, the parties request that Defendant have until August 25, 2025, to file its reply. Therefore, upon due consideration and finding it appropriate to do so, the Motion (ECF No. 25) is GRANTED. Plaintiffs shall have up to and including August 11, 2025, to file their response and Defendant shall have up to and including August 25, 2025, to file a reply.

The Clerk is DIRECTED to send a copy of this Order to counsel of record.

It is so ORDERED.

/s/
_____
Henry E. Hudson
Senior United States District Judge

Date: July 22, 2025
Richmond, Virginia