# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Jonathan Shaw**
**Setara Qassim**
**Tina Glandian**
**Mark Geragos**

Electronic Device(s): **personal cell phone (4)**
**one device per attorney**

Purpose and Location Of Use: **Calendar access for schedluing**

Case No.: **3:25-cv-00227**

Date(s) Authorized: **November 5, 2025**

IT Clearance Waived: _____(Yes)　　_____(No)

APPROVED BY:

Date:_____　　_____
　　　　　　　　　　　　　　　　United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:　　_____　　_____
　　　　　　　　　　IT Staff Member　　　　　　　　　　　　Date(s)

**IT clearance must be completed, unless waived, before court appearance.**