CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION
MOTIONS OR MISCELLANEOUS MINUTE SHEET

JUDGE:  **HENRY E. HUDSON**                           DOCKET NO.:  **3:25-CV-227**

REPORTER:  **KRISTA LISCIO, OCR**                    DATE:  **NOVEMBER 5, 2025**

Case Style:  <u>CHRIS LaCIVITA et al v. THE DAILY BEAST COMPANY, LLC</u>

Counsel for Plaintiff(s):  <u>JONATHAN SHAW, MARK GERAGOS, TINA GLANDIAN</u>

Counsel for Defendant (s):  <u>JOHN MCGAVIN, KATHERINE BOLGER, MEENAKSHI KRISHNAN</u>

Matter Comes on For:
( ✓ ) MOTION HEARING:  <u>ORAL ARGUMENTS RE: MOTION TO DISMISS (ECF 22)</u>
(   ) OTHER:  _____

Appearances:   PARTIES         BY COUNSEL ( ✓ )  /  WITH COUNSEL (   )        PRO SE (   )

## COURT PROCEEDINGS:

PLAINTIFF(S) ADDUCED EVIDENCE (   )

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DEFENDANT(S) ADDUCED EVIDENCE (   )

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

REBUTTAL EVIDENCE ADDUCED (   )           EVIDENCE CONCLUDED (   )

STATEMENTS/ARGUMENTS OF COUNSEL HEARD ( ✓ )       EXHIBITS RETURNED TO COUNSEL (   )

SUPPLEMENTAL/ REPLACEMENT/ NEW BRIEFING REQUIRED   (   )
    PLAINTIFF/DEFENDANT FILE BY: _____
    PLAINTIFF/DEFENDANT RESPOND BY: _____
    PLAINTIFF/DEFENDANT REPLY BY: _____
    TRANSCRIPT TO BE ORDERED BY PARTIES:   ( ✓ )

## ADDITIONAL NOTATIONS:
<u>ARGUMENTS HEARD BY COUNSEL (DEFENDANT 10:05 A.M. – 10:24 A.M.; PLAINTIFFS 10:25 A.M. – 10:30 A.M.; DEFENDANT 10:30 A.M. – 10:34 A.M.); MOTION TAKEN UNDER ADVISEMENT – OPINION TO ISSUE</u>

CASE CONTINUED UNTIL  _____  AT  _____  FOR  _____

SET:  **10:00 A.M.**       BEGAN:  **10:04 A.M.**   ENDED:  **10:35 A.M.**    TIME IN COURT:  **31 MINS.**

RECESSES: