IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CHRIS LACIVITA et al,

    Plaintiffs,

v.                                                      Civil Action No. 3:25-cv-227-HEH

THE DAILY BEAST COMPANY, LLC,

    Defendant.

**ORDER**
**(Settlement Conference Referral)**

It is hereby ORDERED that the settlement conference and proceedings required by section I(E)(1) of Pretrial Schedule A are referred to United States Magistrate Judge Mark R. Colombell. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Colombell within five (5) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Magistrate Judge Colombell shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell and to all counsel of record.

It is so ORDERED.

                                                                         /s/
                                                    Henry E. Hudson
                                                    Senior United States District Judge

Richmond, Virginia
Date: November 5, 2025