# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): _____

_____

_____

Electronic Device(s): _____

_____

_____

Purpose and Location
Of Use: _____

Case No.: _____

Date(s) Authorized: _____

IT Clearance Waived:    _____(Yes)        _____(No)

APPROVED BY:

Date:_____      _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
IT Staff Member                                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**