IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| CHRIS LACIVITA, an individual, and, ADVANCING STRATEGIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE DAILY BEAST COMPANY, LLC d/b/a THE DAILY BEAST,<br><br>Defendant. | Case No.: 3:25-cv-227<br><br>**DEFENDANT THE DAILY BEAST COMPANY LLC'S NOTICE OF SUBPOENA** |

**PLEASE TAKE NOTICE**, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that on December 2, 2025, or as soon thereafter as service may be effected, Defendant The Daily Beast Company LLC ("The Daily Beast"), by and through its undersigned counsel, will serve a subpoena for the production of documents on Coinbase, Inc. in the forms attached hereto.

Dated: December 2, 2025

Respectfully submitted,

_____/s/_____
John D. McGavin (VSB 21794)
MCGAVIN, BOYCE, BARDOT,
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Phone: (703) 385-1000
jmcgavin@mbbtklaw.com

Attorney for Defendant The Daily Beast Company LLC