# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

CHRIS LACIVITA, *et al.*,            )
                                     )
       Plaintiffs,                   )
                                     )
v.                                   )    Civil Action No. 3:25-cv-227–HEH
                                     )
THE DAILY BEAST COMPANY, LLC,        )
d/b/a THE DAILY BEAST,               )
                                     )
       Defendant.                    )

## ORDER
### (Granting Joint Motion to Extend Expert Discovery Deadlines)

THIS MATTER is before the Court on the parties' Joint Motion to Amend the Scheduling Order Regarding Expert Discovery Deadlines ("Motion," ECF No. 41), filed on January 9, 2026. Pursuant to Federal Rule of Civil Procedure 16(b)(4) and upon good cause shown (*see* Mot. ¶¶ 5–9), the Court hereby GRANTS the parties' Motion.

The Court will MODIFY its October 10, 2025, Scheduling Order (ECF No. 29) and Pretrial Schedule A (ECF No. 29-1) as follows:

1) The party bearing the burden of proof on any issue shall disclose any experts whose testimony bears on such issue by February 2, 2026;

2) The opposing party shall disclose any opposing experts by February 17, 2026;

3) The party bearing the burden of proof shall disclose any rebuttal experts by March 4, 2026.

All other deadlines set forth in the Scheduling Order (ECF No. 29) and Pretrial Schedule A (ECF No. 29-1), including the June 1, 2026, trial date, shall REMAIN in effect.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: January 14, 2026
Richmond, Virginia