**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| CHRIS LACIVITA, an individual, and ADVANCING STRATEGIES, LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE DAILY BEAST COMPANY, LLC d/b/a/THE DAILY BEAST,<br><br>　　　　　　　　　Defendant. | Case No.: 3:25-cv-227 |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(ii), with the parties each to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Date: _____           _____
　　　　　　　　　　　　　　　　　　　　The Honorable Henry E. Hudson
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**STIPULATED TO** this 16th day of January 2026.

| | |
|---|---|
| */s/ Jonathan Shaw* | */s/ John D. McGavin* |
| DHILLON LAW GROUP, INC. | MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C. |
| Jonathan Shaw (VSB No. 98497) | John D. McGavin (VSB 21794) |
| Tel and Fax: (703) 574-1206 | 9990 Fairfax Boulevard, Suite 400 |
| jshaw@dhillonlaw.com | Fairfax, Virginia 22030 |
| Lee E. Goodman (VSB No. 31695) | Phone: (703) 385-1000 |
| Tel and Fax: (703) 637-8754 | jmcgavin@mbbtklaw.com |
| lgoodman@dhillonlaw.com | |
| 2121 Eisenhower Avenue, Suite 608 | DAVIS WRIGHT TREMAINE LLP |
| Alexandria, VA 22314 | Katherine M. Bolger (*pro hac vice*) |
| | Meenakshi Krishnan (*pro hac vice*) |
| GERAGOS & GERAGOS | 1251 Avenue of the Americas, 21st Floor |
| Mark Geragos (*pro hac vice*) | New York, New York 10020 |
| Tina Glandian (*pro hac vice*) | Phone: (212) 489-8230 |
| Setara Qassim (*pro hac vice*) | katebolger@dwt.com |
| 644 S. Figueroa Street Los Angeles, CA 90017 (213) 625-3900 Phone | meenakshikrishnan@dwt.com |
| geragos@geragos.com | |
| *Attorneys for Plaintiffs Chris LaCivita and Advancing Strategies, LLC* | *Attorneys for Defendant The Daily Beast Company LLC* |